UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 04 B 38676
   MICHAEL FRANCIS DAY SR
   ELLEN MARIE DAY                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-7461     SSN XXX-XX-6094
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/18/04 and confirmed on 12/10/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 80292.33 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | SECURED | 29193.00 | .00 | 29193.00 |
| WELLS FARGO | CURRENT MORTG | 36179.63 | .00 | 36179.63 |
| ROUNDUP FUNDING LLC | UNSECURED | 9289.31 | .00 | 2003.86 |
| ECAST SETTLEMENT CORP | UNSECURED | 3630.65 | .00 | 783.19 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| GOODYEAR TIRE AND RUBBER | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1874.72 | .00 | 404.41 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2113.30 | .00 | 455.87 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 6053.68 | .00 | 1305.88 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 5912.22 | .00 | 1275.36 |
| WELLS FARGO | MORTGAGE ARRE | 1164.70 | .00 | 1164.70 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 350.00 | .00 | 350.00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 66887.33 | .00 | 28873.88 | .00 | 95761.21 |
| PRINCIPAL PAID | 66887.33 | .00 | 6228.57 | .00 | 73115.90 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 66887.33 | .00 | 6228.57 | .00 | 73115.90 |

The Debtor's attorney, PETER FRANCIS GERACI      , was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 3229.68 .

Refunds to the Debtor totaled $ 1246.75 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/08/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE
```